FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0254

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0254

_____

IN THE MATTER OF:

J.S.L.,                                                          O R D E R

      A Youth in Need of Care.


_____


Pursuant to Appellant's motion for extension if time to file the opening brief, and good cause appearing,

IT IS ORDERED that the motion for extension of time is GRANTED. Appellant is directed to file and serve the opening brief on or before August 15, 2020.

No further extensions will be granted.


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020